UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ONEBEACON INSURANCE COMPANY, | No. 2:13-cv-02392-GEB-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| RAYMOND BANGLE III, and JOHN STULL, | |
| Defendants. | |

        The Joint Status Report ("JSR") filed March 17, 2014, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 31, 2014, is continued to May 12, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        In the event the parties do not resolve the action as they indicate is anticipated in the JSR, Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than April 28, 2014, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed

1  for failure of prosecution.
2          IT IS SO ORDERED.
3  Dated:  March 20, 2014

         _____
         GARLAND E. BURRELL, JR.
         Senior United States District Judge