**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ONEBEACON INSURANCE COMPANY, ) | **CASE NO. 2:13-CV-02392-GEB-EFB** |
| ) | |
| Plaintiff, ) | **[PROPOSED] JUDGMENT IN FAVOR** |
| ) | **OF ONEBEACON INSURANCE** |
| v. ) | **COMPANY** |
| ) | |
| RAYMOND BANGLE III and JOHN STULL, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Stipulation for Entry of Judgment entered into on April 23, 2014 between OneBeacon Insurance Company ("OneBeacon") and John Stull ("Stull"), judgment is hereby entered in favor of plaintiff OneBeacon and against Stull on the claims, allegations and factual representations set forth in OneBeacon's First Amended Complaint (ECF No.11) as follows:

1. It is hereby ADJUDGED that, by reason of the terms, conditions, exclusions and limitations of OneBeacon policy no. LAP-2189-09 issued to named insured Matheny, Sears, Linkert & Jaime, LLP, OneBeacon had no duty to defend Raymond Bangle III, with respect to the claims alleged in the action entitled *John Stull v. Farmers Insurance Exchange, Keitges & Bangle, Raymond Bangle, Hollins Schechter and Does 1-50*, Superior Court of California,

1  County of Los Angeles, Case No. BC414990, subsequently transferred to Superior Court of
2  California, County of San Joaquin, Case No. 39-2010-00233006-CU-PO-STK; and
3      2.    It is hereby ADJUDGED that, by reason of the terms, conditions, exclusions and
4  limitations of OneBeacon policy no. LAP-2189-09 issued to named insured Matheny, Sears,
5  Linkert & Jaime, LLP, OneBeacon had no duty to indemnify and/or satisfy any judgment that
6  was entered against Raymond Bangle III, with respect to the claims alleged in the action entitled
7  *John Stull v. Farmers Insurance Exchange, Keitges & Bangle, Raymond Bangle, Hollins*
8  *Schechter and Does 1-50*, Superior Court of California, County of Los Angeles, Case No.
9  BC414990, subsequently transferred to Superior Court of California, County of San Joaquin,
10 Case No. 39-2010-00233006-CU-PO-STK.
11 Under the terms of the Stipulation for Entry of Judgment filed herewith, Stull has had a
12 full and fair opportunity to review the allegations, supporting facts, and claims for relief asserted
13 in the First Amended Complaint herein.  Upon reviewing and analyzing the First Amended
14 Complaint, Stull agreed that he has no factual or legal basis to respond to any of the facts or
15 allegations contained therein and, as a result, Stull admits the facts asserted in support of the
16 claims for relief are undisputed.  As a result, Stull agrees that judgment can be and should be
17 entered against him and in favor of OneBeacon.  Pursuant to the parties' stipulation, the
18 judgment herein entered in favor of OneBeacon shall be considered a judgment on the merits and
19 shall carry full preclusive collateral estoppel and res judicata effect.
20 Judgment is hereby entered in favor of OneBeacon Insurance Company and against John
21 Stull.  The action shall be dismissed with prejudice as to Stull, and without prejudice as to all
22 other parties.  Each party shall bear his or its own attorneys' fees and costs.
23 IT IS SO ORDERED.
24 Dated:  April 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge